UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PATRICIA LOMBARDO, | Case No. 2:17-cv-02242-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot WD Atty – ECF No. 17) |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, | |
| Defendant. | |

This matter is before the court on attorney James J. Jimmerson's Motion to Withdraw as Counsel of Record for the plaintiff (ECF No. 17) filed February 14, 2015. The motion represents that Ms. Lombardo has failed to cooperate with her attorney, has missed scheduled appointments and not rescheduled. Her failure to cooperate has created a breakdown in communication between attorney and Ms. Lombardo as well as her son who has been caring for his elderly mother. On January 8, 2018 Mr. Jimmerson sent a letter advising the client of the firm's intent to file a motion to withdraw, but has received no response. Staff attempted to communicate with the client and her son and spoke to them about their lack of cooperation. However, Mr. Lomabardo outright refused to provide the requested information. Mr. Jimmerson therefore seeks leave to withdraw as counsel of record. The deadline to complete discovery in this matter is June 30, 2018.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Jimmerson's Motion to Withdraw (ECF No. 17) is **GRANTED**.
2. Ms. Lombardo shall have until **March 22, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se,* that is representing herself.

3. Ms. Lombardo's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

Patricia Lombardo
3100 Plaza De Rosa
Las Vegas, NV 89102

DATED this 22nd day of February, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE