Ann-Martha Andrews, SBN 7585
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Ann.Andrews@ogletreedeakins.com

Attorneys for Defendant Property and Casualty Insurance Company of Hartford

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA LOMBARDO,<br><br>Plaintiff,<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; ALE SOLUTIONS, INC; DOES I-1 and ROES 1-5,<br><br>Defendant. | No. 2:17-CV-02242-JCM-PAL<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff Patricia Lombardo and defendant Property and Casualty Company of Hartford hereby stipulate and request the Court to extend expert discovery, dispositive motion, and pre-trial order deadlines in this case by 45 days, resulting in the following changes:

- Expert discovery deadline will be extended from January 12, 2019 through and including February 26, 2019;
- Dispositive motion deadline will be extended from February 11, 2019 through and including March 28, 2019.
- Pre-trial order deadline will be extended from March 13, 2019 through and including April 29, 2019.

The parties recently mediated the case with Judge Pro.  Although they were unable to reach a lump-sum settlement, the parties are working toward resolving this case by referring it to a binding, non-judicial appraisal process, but they need time to work out the parameters of the stipulated appraisal procedure.  The parties would like to avoid the expenses associated with expert discovery and further trial preparation while they explore resolution.

The parties certify this stipulation was done in good faith and not for the purposes of delay.

DATED this 6th day of December 2018.

| HAMILTON LAW LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Ryan Hamilton<br>Ryan Hamilton<br>5125 S. Durango, Ste. C<br>Las Vegas, NV 89113<br>Telephone: (702) 818-1818<br>Email: ryan@hamlegal.com<br><br>and | By: /s/ Ann-Martha Andrews<br>Ann-Martha Andrews<br>2415 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>Telephone:  (602) 778-3700<br>Email: ann.andrews@ogletreedeakins.com<br><br>*Attorneys for Defendant Property and Casualty Insurance Company of Hartford* |

LAW OFFICE OF DAVID ORTIZ

David Ortiz
3950 E. Patrick Lane, Suite 201
Las Vegas, NV 89120
Telephone: (702) 476-9200
davidortizlaw@yahoo.com

*Attorneys for Plaintiff Patricia Lombardo*

Having reviewed and considered the matter, the parties state that they recently unsuccessfully mediated this case, but are "working toward resolving this case by referring it to a bindind, non-judicial appraisal process, but need more time to work out the parameters." They wish to avoid the expense with expert discovery and further preparation while they explore resolution, but have not provided any assurance that they have or will be able to reach a binding resolution before the expiration of the third extension of the discovery plan and scheduling order deadlines they propose. Accordingly,

**IT IS ORDERED** that the parties' Stipulation (ECF No. 34) is **DENIED without prejudice.**

**Dated**: December 21, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ryan Hamilton
HAMILTON LAW LLC
5125 S. Durango, Ste. C
Las Vegas, NV 89113
ryan@hamlegal.com

David Ortiz
LAW OFFICE OF DAVID ORTIZ
3950 E. Patrick Lane, Suite 201
Las Vegas, NV 89120
davidortizlaw@yahoo.com

*Attorneys for Plaintiff Patricia Lombardo*

DATED this 6th day of December 2018.

/s/ Elizabeth Linville
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

36551051.1