Ann-Martha Andrews, SBN 07585
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Ann.Andrews@ogletreedeakins.com

*Attorneys for Defendant Property and Casualty Insurance Company of Hartford*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA LOMBARDO,<br><br>Plaintiff,<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; ALE SOLUTIONS, INC; DOES I-1 and ROES 1-5,<br><br>Defendant. | No. 2:17-CV-02242-JCM-PAL<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff Patricia Lombardo and defendant Property and Casualty Company of Hartford hereby stipulate and request that the Court extend the deadline for defendant to file its reply to plaintiff's Opposition to Preclude Testimony of Kenneth S. Klein (ECF 43) by one week, making the reply due on April 25, 2019. Additionally, the parties stipulate and request that the deadline for plaintiff's response to defendant's Motion for Summary Judgment (ECF 41) be extended by one week, making it due on April 25, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

The parties certify this stipulation was done in good faith and not for the purposes of delay.

DATED this 15th day of April 2019.

Respectfully submitted,

| HAMILTON LAW LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|

By: /s/ Ryan Hamilton
    Ryan Hamilton
    5125 S. Durango, Ste. C
    Las Vegas, NV 89113
    Telephone: (702) 818-1818
    Email: ryan@hamlegal.com

and

LAW OFFICE OF DAVID ORTIZ

David Ortiz
3950 E. Patrick Lane, Suite 201
Las Vegas, NV 89120
Telephone: (702) 476-9200
davidortizlaw@yahoo.com

*Attorneys for Plaintiff Patricia Lombardo*

By: /s/ Ann-Martha Andrews
    Ann-Martha Andrews
    2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Telephone: (602) 778-3700
    Email: ann.andrews@ogletreedeakins.com

*Attorneys for Defendant Property and Casualty Insurance Company of Hartford*

IT IS SO ORDERED:

_/s/ James C. Mahan_
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 16, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Ryan Hamilton
HAMILTON LAW LLC
5125 S. Durango, Ste. C
Las Vegas, NV 89113
ryan@hamlegal.com

David Ortiz
LAW OFFICE OF DAVID ORTIZ
3950 E. Patrick Lane, Suite 201
Las Vegas, NV 89120
davidortizlaw@yahoo.com

*Attorneys for Plaintiff Patricia Lombardo*


/s/ Diane Kelly
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

38144482.1